1  MAUREEN E. MCCLAIN, Bar No. 062050
   Email: mmcclain@littler.com
2  CONSTANCE E. NORTON, Bar No. 146365
   Email: cnorton@littler.com
3  ALISON J. CUBRE, Bar No. 257834
   Email: acubre@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street
5  20th Floor
   San Francisco, CA  94108.2693
6  Telephone:    415.433.1940
   Facsimile:    415.399.8490
7
   Attorneys for Defendants
8  DOLLAR TREE DISTRIBUTION, INC.
   and SANDRA M. BARNES
9

10 GERALD EMANUEL, Bar No. 61049
   Email: gemanuel@hinklelaw.com
11 CHRISTOPHER WILHELMI, Bar No. 283465
   Email: cwilhelmi@hinklelaw.com
12 HINKLE, JACHIMOWICZ, POINTER &
   EMANUEL
13 2007 West Hedding Street, Suite 100
   San Jose, CA  95128
14 Telephone:    408.246.5500
   Facsimile:    408.246.1051
15
   Attorneys for Plaintiff
16 CHARLOTTE PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLOTTE PHILLIPS,<br><br>             Plaintiff,<br><br>v.<br><br>DOLLAR TREE DISTRIBUTION, INC, a Virginia Corporation; SANDRA M. BARNES, an individual; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No.  2:12-cv-03037-LKK-EFB<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING EARLY MEDIATION**<br><br><br>Complaint filed:   October 26, 2012<br>Trial Date:            No date set. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND ORDER TO STAY
DISCOVERY PENDING EARLY MEDIATION

Case No. 2:12-cv-03037-LKK-EFB

1  The parties to this action, Dollar Tree Distribution, Inc. ("Dollar Tree"), Sandra M.
2  Barnes, and Plaintiff Charlotte Phillips ("Plaintiff"), by their respective counsel, hereby stipulate and
3  agree, and further request that the Court enter an Order staying further proceedings in this matter, as
4  follows:

5  WHEREAS, on October 26, 2012, Plaintiff filed her Complaint in the Superior Court
6  of California, County of San Joaquin.  On December 18, 2012, Dollar Tree timely removed
7  Plaintiff's Complaint to this Court.

8  WHEREAS, beginning on December 5, 2012, the parties began settlement
9  negotiations and continued such negotiations until the end of the month when the parties reached a
10  stalemate.

11  WHEREAS, on February 11, 2013, the parties meet and conferred as required by
12  Federal Rule of Civil Procedure 26(f).  The parties discussed the Eastern District of California's
13  Voluntarily Dispute Resolution Program ("VDRP") and private mediation.  By the end of the week,
14  the parties had agreed to privately mediate the dispute before Jeff Ross, Esq.  During that initial
15  discussion, it did not appear necessary that the parties would need to request an alternative discovery
16  schedule.

17  WHEREAS, after the parties filed their Joint Rule 26 statement on February 15, 2013,
18  they learned that Jeff Ross, Esq. was not availability until early June 2013.  The parties have,
19  therefore, agreed to use Daniel Quinn, Esq. as a private mediator, and are presently confirmed for
20  April 11, 2013 at Mr. Quinn's office in Stockton, CA.

21  WHEREAS, the parties agree that their time and resources are better spent focusing
22  on settlement rather than engaging in extensive discovery including initial disclosures, preparing for
23  and taking multiple depositions, preparing and responding to written discovery and until such time
24  as the dispute can be mediated, the parties have agreed to stay all discovery until June 1, 2013.
25  ///
26  ///
27  ///
28  ///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER TO STAY
DISCOVERY PENDING EARLY MEDIATION    1.    Case No. 2:12-cv-03037-LKK-EFB

WHEREAS, the parties do not anticipate any other changes to the proposed schedule in its joint case management order filed on February 15, 2013.

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN IT.**

Dated:  February 20, 2013

By: */s/ Constance E. Norton*
MAUREEN E. MCCLAIN
CONSTANCE E. NORTON
ALISON J. CUBRE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
DOLLAR TREE DISTRIBUTION, INC.
and SANDRA M. BARNES

Dated:  February 20, 2013

By*: /s/ Christopher Wilhelmi*
GERALD EMANUEL
CHRISTOPHER WILHELMI
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
Attorneys for Plaintiff
CHARLOTTE PHILLIPS

**ORDER**

To accommodate the parties' agreement to early mediation, in lieu of engaging in extensive discovery including initial disclosures, preparing for and taking multiple depositions, preparing and responding to written discovery and until such time as the dispute can be mediated, discovery in this action is stayed to and including June 28, 2013.  The initial scheduling conference, currently scheduled for March 4, 2013 at 11:00 a.m., is rescheduled to July 15, 2013 at 1:30 p.m.  The parties are reminded of their obligation to file status reports 14 days preceding the status conference.

**IT IS SO ORDERED.**

Dated:  February 26, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Firmwide:118565328.1 061603.1079

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND ORDER TO STAY DISCOVERY PENDING EARLY MEDIATION | 2. | Case No. 2:12-cv-03037-LKK-EFB