| | |
|---|---|
| 1 | MAUREEN E. MCCLAIN, Bar No. 062050 |
| | Email: mmcclain@littler.com |
| 2 | CONSTANCE E. NORTON, Bar No. 146365 |
| | Email: cnorton@littler.com |
| 3 | ALISON J. CUBRE, Bar No. 257834 |
| | Email: acubre@littler.com |
| 4 | LITTLER MENDELSON, P.C. |
| | 650 California Street |
| 5 | 20th Floor |
| | San Francisco, CA 94108.2693 |
| 6 | Telephone:    415.433.1940 |
| | Facsimile:     415.399.8490 |

Attorneys for Defendants
DOLLAR TREE DISTRIBUTION, INC.
and SANDRA M. BARNES

GERALD EMANUEL, Bar No. 61049
Email: gemanuel@hinklelaw.com
CHRISTOPHER WILHELMI, Bar No. 283465
Email: cwilhelmi@hinklelaw.com
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, CA 95128
Telephone:    408.246.5500
Facsimile:     408.246.1051

Attorneys for Plaintiff
CHARLOTTE PHILLIPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLOTTE PHILLIPS,<br><br>                    Plaintiff,<br><br>v.<br><br>DOLLAR TREE DISTRIBUTION, INC, a Virginia Corporation; SANDRA M. BARNES, an individual; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.  2:12-cv-03037-LKK-EFB<br><br>**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>[F.R.C.P. 41(A)(1)]<br><br>Complaint filed:   October 26, 2012<br>Trial Date:          November 18, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

Case No. 2:12-cv-03037-LKK-EFB

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Charlotte Phillips ("Plaintiff") and Defendants Dollar Tree Distribution, Inc. ("Dollar Tree") and Sandra M. Pennington, incorrectly sued as Sandra M. Barnes (collectively, "Defendants") hereby stipulate and request that this entire action, including all parties and all causes of action, be dismissed with prejudice. Each party shall bear her or its own attorney's fees and costs.

Dated: December 6, 2013

By: */s/ Constance E. Norton*
MAUREEN E. MCCLAIN
CONSTANCE E. NORTON
ALISON J. CUBRE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
DOLLAR TREE DISTRIBUTION, INC.
and SANDRA M. BARNES

Dated: December 6, 2013

By: */s/ Christopher Wilhelmi*
GERALD EMANUEL
CHRISTOPHER WILHELMI
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
Attorneys for Plaintiff
CHARLOTTE PHILLIPS

## ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: December 18, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Firmwide:119643908.1 061603.1079

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER   1.   Case No. 2:12-cv-03037-LKK-EFB